BTXN 021 (rev. 01/04)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re: | § | |
| Revolution Monitoring, LLC | § | |
| | § | Case No.:    18−33730−hdh11 |
| Debtor(s) | § | Chapter No.:   11 |
| | § | |
| Jeremiah Vance  et al. | § | |
| Plaintiff(s) | § | Adversary No.:   18−03357−hdh |
| | § | |
| vs. | § | |
| West & Associates, LLP | § | |
| Defendant(s) | § | |

Dear Clerk:

  I herewith enclose certified copies of the original Order of Remand and docket sheet in the above captioned case which has been remanded to your district pursuant to:

  Order granting motion to remand entered on 3/22/19..

  Please acknowledge receipt on the copy of this form provided.


DATED:  10/21/19                      FOR THE COURT:
                                      Robert P. Colwell, Clerk of Court

                                      by: /s/S. Kerr, Deputy Clerk


------

I acknowledge receipt of the above referenced material or record and certify that it was filed in this court on
_____.

Name:  _____        Signature: _____

New Case Number: _____


For address information please visit our website. http://www.txnb.uscourts.gov